UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
ANTHONY M. VICK
163 Belle Ville Boulevard      Chapter 13
Belleville, MI 48111        Case No. 18-48966
SSN: xxx-xx-7368        Judge Mark Randon

Debtor.
_____/

## CERTIFICATE OF NO RESPONSE
## FOR APPLICATION FOR APPROVAL OF ATTORNEY FEES AS A CHAPTER 13 ADMINISTRATIVE EXPENSE PURSUANT TO L.B.R. 9014-1 (E.D.M.)

  The undersigned hereby certifies that a **DEBTOR'S MOTION TO CONVERT HIS CHAPTER 7 CASE TO A CHAPTER 13 CASE** was filed with the Court on July 31, 2018, and that No Response was filed within 24 days of the date of service.

Dated: August 23, 2018

              By: /s/ Thomas Paluchniak
              Attorney for Debtor
              BABUT LAW OFFICE, P.L.L.C.
              700 Towner Street
              Ypsilanti, MI 48197
              (734) 485-7000
              kim@babutlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
ANTHONY M. VICK
163 Belle Ville Boulevard     Chapter 13
Belleville, MI 48111     Case No. 18-48966
SSN: xxx-xx-7368     Judge Mark Randon

Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on Jul 31, 2018 a copy of Debtor's Motion **to Convert his Chapter 7 case to a Chapter 13 Case, Exhibit 1 [proposed Order], Exhibit 2 [Notice of Motion and Opportunity to Object],** Exhibit 3 [Brief], and Exhibit 4 [Certificate of Service] were served electronically or by regular United States mail to all interested parties, the US Trustee, the Chapter 7 Trustee, and all creditors listed on attached Court Matrix.

/s/ Thomas Paluchniak

**Thomas Paluchniak (P70284)**

**BABUT LAW OFFICES, P.L.L.C.**
**700 Towner Street**
**Ypsilanti, MI 48198**
**(734) 485-7000 Fax:(734) 485-6251**
**tpaluchniak@babutlaw.com**