UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

INRE:
ANTHONY M. VICK,　　　　　　　　　　　　　　Case No. 18-48966-mar
　　　　　　　　　　　　　　　　　　　　　　　　Chapter13
　　　　　　Debtor.　　　　　　　　　　　　　　Judge Mark A. Randon
_____/

### ORDER FOR RELIEF FROM AUTOMATIC STAY AS TO YES FINANCIAL SERVICES, LLC

This matter having come before the court upon the Motion for Relief from Automatic Stay filed by Yes Financial Services, LLC, the Response filed by Debtor, the hearing held on December 17, 2018, and the court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the Automatic Stay of 11 U.S.C. 362 shall be, and hereby is, lifted as to Yes Financial Services, LLC to allow this Creditor to pursue its State Court remedies for possession of the Collateral described as a 2016 Clayton Fusion (24' x 52') manufactured home bearing serial number WK1102001INAB which is located at 163 Belle Villa Boulevard, Belleville, MI 48111.

**Signed on December 17, 2018**



/s/ Mark A. Randon
Mark A. Randon
United States Bankruptcy Judge